Daniel F. Lula (California State Bar No. 227295)
**RIMÔN P.C.**
2029 Century Park East, Suite 400N
Los Angeles, CA 90067
Tel: (213) 375-3811
Fax: (213) 375-3811
Email: daniel.lula@rimonlaw.com

Shelley Ivan (*pro hac vice* forthcoming)
Michael S. Lazaroff (*pro hac vice* forthcoming)
**RIMÔN P.C.**
100 Park Avenue, 16th Floor
New York, NY 10017
Tel: (212) 363-0270
Fax: (212) 363-0270
Email: shelley.ivan@rimonlaw.com
       michael.lazaroff@rimonlaw.com

Attorneys for Plaintiffs NINA VIKHRIEVA and SERGEY LESHKOV

**IN THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NINA VIKHRIEVA and SERGEY LESHKOV,<br><br>          Plaintiffs,<br><br>v.<br><br>STEMEDICA CELL TECHNOLOGIES, INC.; ZIUZHITANG CO., LTD.; ZHUHAI HENGQIN JIUZHITANG YONGHE QIHANG FUND; JIUZHITANG MAKER (BEIJING) CELL TECHNOLOGY CO., LTD.; MAYNARD A. HOWE; ROGER J. HOWE; DAVID HOWE; NIKOLAI I. TANKOVICH; DIRK P. O'HARA; SIMON GUO; CRAIG W. CARLSON; MICHAEL K. STEINHAUSER; SANOSTEM GLOBAL LLC; DUNIYA SANOSTEM INC.; AND SHIVINDER S. DEOL,<br><br>          Defendants. | Case No. 3:25-cv-00459-BAS-SB<br><br>The Hon. Cynthia Bashant<br><br>**JOINT MOTION BY PLAINTIFFS AND DEFENDANTS MAYNARD HOWE, NIKOLAI TANKOVICH, CRAIG CARLSON, DAVID HOWE, ROGER HOWE, DAVID HOWE, AND DIRK O'HARA TO EXTEND TIME TO RESPOND TO COMPLAINT** |

1  **PLEASE TAKE NOTICE** that, pursuant to S.D. Cal. Local Rules 7.2 and
2  12.1, and Section 2(f)(4) of the ECF Manual, Plaintiffs Nina Vikhrieva and Sergey
3  Leshkov ("Plaintiffs"), on the one hand, and Defendants Maynard Howe, Nikolai
4  Tankovich, Craig Carlson, Roger Howe, David Howe, and Dirk O'Hara
5  (collectively, "Defendants"), on the other hand, by and through their respective
6  counsel, jointly move for an order extending Defendants' time to file a responsive
7  pleading to Plaintiffs' Complaint until May 12, 2025.

8  Good cause exists for this joint motion to be granted.  Plaintiffs filed their
9  complaint in the above-captioned action on February 27, 2025.  Plaintiffs assert that
10 they have served certain Defendants as follows: Maynard Howe on March 16,
11 2025; Nikolai Tankovich on March 20, 2025; David Howe on March 14, 2025; and
12 Dirk O'Hara on March 6, 2025.  Defense counsel has requested an extension of
13 time for all six Defendants to respond to the complaint in exchange for accepting
14 service of the complaint.  Plaintiffs are amenable to the request, provided that the
15 Defendants waive any objections based on insufficiency of service of the Complaint
16 and will not assert any defense, objection, or claim based on insufficiency of
17 service.  Defendants hereby agree, and hereby stipulate (provided that this joint
18 motion is granted) that: (1) these Defendants shall have been deemed to have been
19 personally served; and (2) these Defendants waive any objections based on
20 insufficiency of service and will not assert any defense, objection, or claim based
21 on insufficiency of service.

22 This is the first request by these Defendants for an extension, and there are
23 no dates scheduled by Court that would by impacted by the requested extension.
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

**WHEREFORE,** Plaintiffs and Defendants hereby request that the Court grant this joint motion sign and enter the accompanying proposed order.

Dated: April 2, 2025

**RIMÔN P.C.**

By: /s/ Daniel Lula
Daniel F. Lula
2029 Century Park East
Suite 400N
Los Angeles, CA 90067
Tel: (213) 375-3811
Fax: (213) 375-3811
Email: daniel.lula@rimonlaw.com

Shelley Ivan
Michael S. Lazaroff
100 Park Avenue, 16th Floor
New York, NY 10017
Tel: (212) 363-0270
Fax: (212) 363-0270
Email: shelley.ivan@rimonlaw.com
michael.lazaroff@rimonlaw.com

*Attorneys for Plaintiffs NINA VIKHRIEVA and SERGEY LESHKOV*

Dated: April 2, 2025

**EISNER, LLP**

By: /s/ Carolynn Beck
Carolynn Beck
Evan Michailidis
40 W. 57th Street, Suite 2030
New York, NY 10019
Tel: (516) 317-4544
Email: cbeck@eisnerlaw.com

*Attorneys for Defendants MAYNARD HOWE, NIKOLAI TANKOVICH, CRAIG CARLSON, ROGER HOWE and DIRK O'HARA*

///
///
///
///
///
///

- 3 -

CASE NO.: 3:25-CV-00459-BAS-SB

Dated: 04/02/2025          **WAYMAKER LLP**

By: *Donald R Pepperman*
Donald Pepperman
Jaime Marquart
515 S. Flower Street, Suite 3500
Los Angeles, CA 90071
Tel: (424) 652-7800
Email: dpepperman@waymakerlaw.com
jmarquart@waymakerlaw.com

*Attorneys for Defendant DAVID HOWE*