BOWMAN AND BROOKE LLP
Theodore Dorenkamp III (SBN: 277004)
970 West 190th Street, Suite 700
Torrance, California 90502
Tel No:    310/ 768-3068
Fax No:    310/ 719-1019
Theodore.Dorenkampiii@bowmanandbrooke.com

Attorneys for Defendant
MICHAEL K. STEINHAUSER

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINA VIKHRIEVA and SERGEY LESHKOV, Plaintiffs, vs. STEMEDICA CELL TECHNOLOGIES, INC.; ZIUZHITANG CO., LTD.; ZHUHAI HENGQIN JIUZHITANG YONGHE QIHANG FUND; JIUZHITANG MAKER (BEIJING) CELL TECHNOLOGY CO., LTD.; MAYNARD A. HOWE; ROGER J. HOWE; DAVID HOWE; NIKOLAI I. TANKOVICH; DIRK P. O'HARA; SIMON GUO; CRAIG W. CARLSON; MICHAEL K. STEINHAUSER; SANOSTEM GLOBAL LLC; DUNIYA SANOSTEM INC.; AND SHIVINDER S. DEOL, KIA AMERICA, INC. a California Corporation, Defendant. | **CASE NO: 3:25-cv-00459 BAS SBC** <br><br> Hon. Cynthia Gashant <br><br> **NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT MICHAEL K. STEINHAUSER** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that THEODORE DORENKAMP III of BOWMAN AND BROOKE LLP hereby gives notice of his appearance as counsel or record for Defendant MICHAEL K. STEINHAUSER.

DATED:  May 21, 2025                          BOWMAN AND BROOKE LLP

                                             BY:  _/S/ Theodore Dorenkamp III_____
                                             Theodore Dorenkamp III
                                             Attorneys for Defendant
                                             MICHAEL K. STEINHAUSER

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 21, 2025, I filed the foregoing document entitled ***NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT MICHAEL K. STEINHAUSER*** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

Emily Zabatta

_____
Emily Zabatta

NOTICE OF APPEARANCE

25CV459 BAS SBC