Daniel F. Lula (California State Bar No. 227295)
RIMON P.C.
2029 Century Park East, Suite 400N
Los Angeles, California 90067
Telephone: (617) 963-0419
Facsimile: (213) 375-3811
daniel.lula@rimonlaw.com

Michael S. Lazaroff (New York State Bar No. 2801579)
Shelley Ivan (New York State Bar No. 4338067)
RIMON P.C.
400 Madison Avenue, Suite 11D
New York, NY 10017
Tel: (646) 738-4151
Fax: (212) 363-0270
michael.lazaroff@rimonlaw.com
shelley.ivan@rimonlaw.com
(*Pro Hac Vice* application forthcoming)

Attorneys for Plaintiffs Nina Vikhrieva
and Sergey Leshkov

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINA VIKHRIEVA and SERGEY LESHKOV, <br><br> Plaintiffs, <br><br> v. <br><br> STEMEDICA CELL TECHNOLOGIES, INC.; ZIUZHITANG CO., LTD.; ZHUHAI HENGQIN JIUZHITANG YONGHE QIHANG FUND; JIUZHITANG MAKER (BEIJING) CELL TECHNOLOGY CO., LTD.; MAYNARD A. HOWE; ROGER J. HOWE; DAVID HOWE; NIKOLAI I. TANKOVICH; DIRK P. O'HARA; SIMON GUO; CRAIG W. CARLSON; MICHAEL K. STEINHAUSER; SANOSTEM GLOBAL LLC; DUNIYA SANOSTEM INC.; AND SHIVINDER S. DEOL,, <br><br> Defendants. | Case No. 25CV459-BAS-SBC <br><br> **NOTICE OF APPEARANCE** <br> _____ |

**TO THE COURT AND ALL PARTIES:**

PLEASE TAKE NOTICE that, Bob Cocchia of Rimon, P.C., hereby enters his appearance as counsel of record on behalf of Plaintiffs Nina Vikhrieva and Sergey Leshkov.  All further notice and copies of pleadings, papers and other material relevant to this action should be directed to and served upon:

Robert Cocchia (California State Bar No. 172315)
RIMON P.C.
3579 4TH Ave.
San Diego, CA 92103
Telephone: (858) 348-4383
Facsimile:  (858) 348-4383
robert.cocchia@rimonlaw.com

Daniel F. Lula (California State Bar No. 227295)
RIMON P.C.
2029 Century Park East, Suite 400N
Los Angeles, California 90067
Telephone: (617) 963-0419
Facsimile: (213) 375-3811
daniel.lula@rimonlaw.com

Michael S. Lazaroff (New York State Bar No. 2801579)
Shelley Ivan (New York State Bar No. 4338067)
RIMON P.C.
400 Madison Avenue, Suite 11D
New York, NY 10017
Tel: (646) 738-4151
Fax: (212) 363-0270
michael.lazaroff@rimonlaw.com
shelley.ivan@rimonlaw.com

Dated:  May 22, 2025                    RIMON, P.C.


By:  _____
     Robert Cocchia

     Attorneys for Plaintiffs Nina Vikhrieva and
     Sergey Leshkov

2

**PROOF OF SERVICE**

I, Antoinette Huerta-Lindenberg, am over the age of 18 and not a party to this action.  My place of business is 2029 Century Park East, Suite 400N, Los Angeles, CA 90067.  On May 22, 2025, I served the following attached document(s):

1.  **NOTICE OF APPEARANCE**

on the person(s) listed below in the following manner/s:

| | |
|---|---|
| ☒ | **BY ELECTRONIC COURT FILING.**  I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System. |
| | **BY ELECTRONIC MAIL**:  I electronically served the document(s) described above to the party[ies] listed below at the electronic service address[es] indicated.  My electronic service address is antoinette.huerta-lindenberg@rimonlaw.com; Such transmission was complete and without error in that within a reasonable amount of time no error message was received. . |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED:  May 22, 2025                    */s/Antoinette Huerta-Lindenberg*
                                        Antoinette Huerta-Lindenberg