Michael S. Lazaroff (Admitted *Pro Hac Vice*, New York State Bar No. 2801579)
RIMÔN P.C.
400 Madison Avenue, Suite 11D
New York, NY 10017
Tel: (646) 738-4151
Fax: (212) 363-0270
michael.lazaroff@rimonlaw.com

Daniel F. Lula (California State Bar No. 227295)
RIMÔN P.C.
2029 Century Park East, Suite 400N
Los Angeles, CA 90067
Tel: (617) 963-0419
Fax: (213) 375-3811
daniel.lula@rimonlaw.com

Robert A. Cocchia (California State Bar No. 172315)
RIMÔN P.C.
3579 4th Avenue
San Diego, CA 92103
Tel: (858) 348-4383
Fax: (213) 375-3811
robert.cocchia@rimonlaw.com

*Attorneys for Plaintiffs Nina Vikhrieva and Sergey Leshkov*

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NINA VIKHRIEVA and SERGEY LESHKOV,<br><br>Plaintiffs,<br><br>v.<br><br>STEMEDICA CELL TECHNOLOGIES, INC.; ZIUZHITANG CO., LTD.; ZHUHAI HENGQIN JIUZHITANG YONGHE QIHANG FUND; JIUZHITANG MAKER (BEIJING) CELL TECHNOLOGY CO., LTD.; MAYNARD A. HOWE; ROGER J. HOWE; DAVID HOWE; NIKOLAI I. TANKOVICH; DIRK P. O'HARA; SIMON GUO; CRAIG W. CARLSON; MICHAEL K. STEINHAUSER; SANOSTEM GLOBAL LLC; DUNIYA SANOSTEM INC.; AND SHIVINDER S. DEOL,<br><br>Defendants. | Case No.: 3:25-cv-00459-BAS-SBC<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR AN ORDER AUTHORIZING ALTERNATIVE SERVICE OF PROCESS BY EMAIL ON DEFENDANTS ZIUZHITANG CO., LTD., ZHUHAI HENGQIN JIUZHITANG YONGHE QIHANG FUND, JIUZHITANG MAKER (BEIJING) CELL TECHNOLOGY CO., LTD., AND SIMON GUO**<br><br>[Fed. Rules Civ. P. 4(f)(3)]<br><br>**NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT**<br><br>**Date:   July 25, 2025**<br>**Judge: Hon. Cynthia A. Bashant** |

**PLEASE TAKE NOTICE THAT** on July 25, 2025, or as soon thereafter as the matter may be heard, plaintiffs Nina Vikhrieva and Sergey Leshkov (together, "Plaintiffs"), by and through their undersigned attorneys, will and hereby do move pursuant to Federal Rule of Civil Procedure 4(f)(3) for an Order authorizing alternative service of process on defendants Ziuzhitang Co., Ltd., Zhuhai Hengqin Jiuzhitang Yonghe Qihang Fund, Jiuzhitang Maker (Beijing) Cell Technology Co., Ltd., and Simon Guo (collectively, "JZT Defendants").

Plaintiffs' Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the Declaration of Michael S. Lazaroff, and Exhibits thereto, the Proposed Order, all pleadings and papers filed in this action, oral argument of counsel, and any other matters that may come before the Court.

As of the date of this Motion, the JZT Defendants subject to this Motion have not appeared in the action and, therefore, no opposing counsel for Defendants subject to this Motion have been identified.

Dated: June 23, 2025

RIMÔN P.C.

By: */s/ Michael S. Lazaroff*
Michael S. Lazaroff
400 Madison Avenue, Suite 11D
New York, NY 10017
Tel: (646) 738-4151
Fax: (212) 363-0270
michael.lazaroff@rimonlaw.com
(admitted *Pro Hac Vice*)

Daniel F. Lula
2029 Century Park East
Suite 400N
Los Angeles, CA 90067
Tel: (617) 963-0419
Fax: (213) 375-3811
daniel.lula@rimonlaw.com

Robert Cocchia
RIMON P.C.
3579 4th Avenue
San Diego, CA 92103
Tel: (858) 348-4383
Fax: (213) 375-3811
robert.cocchia@rimonlaw.com

*Attorneys for Plaintiffs
Nina Vikhrieva and Sergey
Leshkov*