1
2
3
4

Michael S. Lazaroff (Admitted *Pro Hac Vice*, New York State Bar No. 2801579)
RIMÔN P.C.
400 Madison Avenue, Suite 11D
New York, NY 10017
Tel: (646) 738-4151
Fax: (212) 363-0270
michael.lazaroff@rimonlaw.com

5
6
7
8

Daniel F. Lula (California State Bar No. 227295)
RIMÔN P.C.
2029 Century Park East, Suite 400N
Los Angeles, CA 90067
Tel: (617) 963-0419
Fax: (213) 375-3811
daniel.lula@rimonlaw.com

9
10
11
12

Robert A. Cocchia (California State Bar No. 172315)
RIMON P.C.
3579 4th Avenue
San Diego, CA 92103
Tel: (858) 348-4383
Fax: (213) 375-3811
robert.cocchia@rimonlaw.com

13

*Attorneys for Plaintiffs Nina Vikhrieva and Sergey Leshkov*

14
15

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| NINA VIKHRIEVA and SERGEY LESHKOV,<br><br>                    Plaintiffs,<br><br>v.<br><br>STEMEDICA CELL TECHNOLOGIES, INC.; ZIUZHITANG CO., LTD.; ZHUHAI HENGQIN JIUZHITANG YONGHE QIHANG FUND; JIUZHITANG MAKER (BEIJING) CELL TECHNOLOGY CO., LTD.; MAYNARD A. HOWE; ROGER J. HOWE; DAVID HOWE; NIKOLAI I. TANKOVICH; DIRK P. O'HARA; SIMON GUO; CRAIG W. CARLSON; MICHAEL K. STEINHAUSER; SANOSTEM GLOBAL LLC; DUNIYA SANOSTEM INC.; AND SHIVINDER S. DEOL,<br><br>                    Defendants. | Case No.: 3:25-cv-00459-BAS-SBC<br><br>**DECLARATION OF MICHAEL S. LAZAROFF IN SUPPORT OF PLAINTIFFS' MOTION FOR AN ORDER AUTHORIZING ALTERNATIVE SERVICE OF PROCESS BY EMAIL ON DEFENDANTS ZIUZHITANG CO., LTD., ZHUHAI HENGQIN JIUZHITANG YONGHE QIHANG FUND, JIUZHITANG MAKER (BEIJING) CELL TECHNOLOGY CO., LTD., AND SIMON GUO**<br><br>**[Fed. Rules Civ. P. 4(f)(3)]**<br><br>**NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT**<br><br>**Date:   July 25, 2025**<br>**Judge: Hon. Cynthia A. Bashant** |

Michael S. Lazaroff declares as follows under 28 U.S.C. § 1746:

1.    I am a partner at the law firm of Rimon, P.C., attorneys for Plaintiffs in this action.  I am a member of the Bar of the State of New York and have been admitted in this action *pro hac vice*.

2.    I submit this declaration in support of Plaintiffs' Motion for an Order Authorizing Alternative Service By Email on Defendants Ziuzhitang Co., Ltd., Zhuhai Hengqin Jiuzhitang Yonghe Qihang Fund, Jiuzhitang Maker (Beijing) Cell Technology Co., Ltd., and Simon Guo (collectively, "JZT Defendants").

3.    Except for where stated otherwise, I make this Declaration based on my personal knowledge, including my review of pertinent documents and without intention, authorization, or effect of waiving or compromising any privilege our immunity including those held by our clients.

4.    Attached as **Exhibit A** is a true and correct copy of a proof of service form, dated April 18, 2025, stating that service of the Summons and Original Complaint on Simon Guo in California failed.

5.    Attached as **Exhibit B** is a true and correct copy of a declarations of non-service, dated May 22, 2025, stating that service of the Summons and Original Complaint on Simon Guo in Ohio failed.

6.    Plaintiffs have received information that Mr. Guo is likely located outside the United States and could be currently in Asia.  Plaintiffs nevertheless still attempted service of the Summons and the First Amended Complaint on Simon Guo at his last known address in Ohio, but that service also failed.

7.    Attached as **Exhibit C** is a true and correct copy of Jiuzhitang Maker (Beijing) Cell Technology Co., Ltd.'s webpage located at http://en.jztmaker.com/cpfw2.html listing Nikolai Tankovich as its advisor.

8.    I have been informed that Plaintiffs' counsel began discussions with Greg Olson in 2020 that eventually resulted in the Tolling Agreement in 2021.

9.      Attached as **Exhibit D** is a true and correct copy of the Tolling Agreement effective as of June 24, 2021.

10.      Attached as **Exhibit E** is a true and correct copy of the Sixth Amendment to the parties' Tolling Agreement, effective as of February 29, 2024.

11.      Attached as **Exhibit F** is a true and correct copy of an email from Greg Olson to Sean Luner and Shelley Ivan, dated August 27, 2023, regarding the parties' Tolling Agreement.

12.      I have been informed that JZT's Chinese Counsel, Zhenzhen Yu, was involved in a settlement negotiation with Plaintiffs' counsel in 2023, when JZT's Chinese Counsel and JZT's officer and appointed member to Stemedica's board, Zhiwhei He, attended a conference call with Plaintiffs' counsel regarding potential resolution of the case as to the JZT Entities.

13.      Attached as **Exhibit G** is a true and correct copy of an email chain from 2023 arranging that discussion.

14.      Attached as **Exhibit H** is a true and correct copy of the LinkedIn Profile of Chinese counsel, Zhenzhen Yu, stating that she represented JZT in its acquisition of Stemedica Cell Technologies, Inc.

15.      Attached as **Exhibit I** is a true and correct copy of an email from me to Zhenzhen Yu, dated March 3, 2025.

16.      Attached as **Exhibit J** is a true and correct copy of an email from me to Ajay Gupta, dated March 3, 2025.

17.      Attached as **Exhibit K** is a true and correct copy of an email from Greg Olson to me, dated March 3, 2025.

18.      Attached as **Exhibit L** is a true and correct copy of a certified translation of the first page from defendant JZT's public filing titled "Summary of the 2024 Annual Report of Ziuzhitang Co., Ltd."

19.    Attached as **Exhibit M** is a true and correct copy of a webpage at en.jztmaker.com/about2.html, listing under Contact Us two email addresses (market@jztmaker.com and hr@jztmaker.com).

20.    Attached as **Exhibit N** is a true and correct copy of an email from me to Greg Olson, dated June 13, 2025.  Mr. Olson did not respond to this email.

21.    Attached as **Exhibit O** is a true and correct copy of an email from Zhenzhen Yu to me, dated June 16, 2025.

22.    In March 2025, Plaintiffs obtained an estimate that service for the four JZT defendants in China pursuant to the Hague Convention will cost approximately between $15,000 and $20,000 and will take approximately up to 18-24 months to complete.

23.  I declare under penalty of perjury that the foregoing is true and correct.


Date: June 23, 2025

By:  /s/ *Michael S. Lazaroff*
Michael S. Lazaroff