# EXHIBIT L

[Certified Translation]

Summary of the 2024 Annual Report of Jiuzhitang Co., Ltd.

Stock Code: 000989               Stock Abbreviation: ST Jiuzhi               Announcement No.: 2025-008

## Summary of the 2024 Annual Report of Jiuzhitang Co., Ltd.

### I. Important Notice

This annual report summary is extracted from the full version of the annual report. To gain a comprehensive understanding of the Company's operating results, financial status, and future development plans, investors are advised to carefully read the full annual report published on media outlets designated by the China Securities Regulatory Commission (CSRC).
Except for the directors listed below, all other directors personally attended the board meeting at which this annual report was reviewed:

| Name of Director Not Present | Position of Director Not Present | Reason for Absence | Proxy Name |
|---|---|---|---|
| Jinfeng Bo | Director | Work-related reasons | Lianbin Sun |

Non-standard Audit Opinion Notice
☐ Applicable    ☑ Not Applicable
Profit Distribution Plan or Capital Reserve to Share Capital Plan Reviewed by the Board of Directors for the Reporting Period
☑ Applicable    ☐ Not Applicable
Whether Capital Reserve Will Be Transferred to Share Capital
☐ Yes    ☑ No
The profit distribution plan approved by the Board of Directors is as follows: Based on the total share capital on the equity registration date when the 2024 equity distribution is implemented, excluding the repurchased shares, a cash dividend of RMB 3.00 (tax included) will be distributed for every 10 shares to all shareholders. No bonus shares will be issued (tax included), and there will be no transfer of capital reserve to share capital.

### II. Basic Company Information

1. Company Profile

| Stock Abbreviation | ST Jiuzhi | Stock Code | 000989 |
|---|---|---|---|
| Listed Exchange | Shenzhen Stock Exchange | | |
| Contact Person & Contact Info | Secretary to the Board of Directors | Securities Affairs Representative | |
| Name | Chenxiao Han | Ke Huang | |
| Office Address | Building A, No. 518 Jia, East Side of Chaoyang Sports Center Road, Chaoyang District, Beijing | No. 339 Tongzipo West Road, Changsha, Hunan Province | |
| Fax | 010-84682100 | 0731-84499759 | |
| Tel | 010-84683155 | 0731-84499762 | |
| Email | hancx@hnjzt.com | dshbgs@hnjzt.com | |

2. Overview of Main Business or Products During the Reporting Period

    Jiuzhitang originated as "Lao Jiuzhitang Pharmacy," established in the 7th year of the Shunzhi era of the Qing Dynasty, equivalent to the year 1650. The modern Jiuzhitang Co., Ltd. was founded in 1999 and went public on the Shenzhen Stock Exchange in 2000. Over the years, Jiuzhitang has upheld the corporate philosophy of "Mutual Assistance Across China, Fragrance Shared between Reishi Mushroom and Orchids," focusing on the research, production, and sales of traditional Chinese medicine (TCM). The Company has gradually expanded into innovative fields such as stem cells, TCM-based healthcare services, and health products combining food and medicine. It has now grown into a modern large-scale pharmaceutical enterprise integrating R&D, production, sales, and health management, with 23 subsidiaries under its umbrella.
    The Company owns two "China Well-known Trademarks": "Jiuzhitang" and "Youbo." In September 2006, "Jiuzhitang" was recognized by the Ministry of Commerce as a "China Time-honored Brand." In June 2008, Jiuzhitang's traditional TCM culture was listed in the National Intangible Cultural Heritage Protection Catalogue.

Translator's notes are in [ ] brackets. Italics signifies the original in English.

**Certification of Yang Shao, Ph. D.**

**(510) 449-8267, yangshao7@gmail.com**

To Whom It May Concern:

1. I, Yang Shao, declare that I am a professional interpreter/translator of the Chinese Language and the English Language. I am certified as required by Section 751(d) of the California Evidence Code, which requires that an interpreter/translator be certified or registered in accordance with Article 4 of Chapter 2 of Title 8 of Section 68560 of the California Government Code. My valid certification number with the Judicial Council of California is 301244.

2. I personally read and understood the following document(s) identified as:

    "Jiuzhitang Annual Report Summary", a total of 1 page;

    I hereby certify that the translation from Chinese to English is accurate and complete and faithful to the best of my abilities.

3. I declare under penalty of perjury that the foregoing is true and correct, and this Declaration was executed in Fremont, California on April 22, 2025.

Yang Shao, Ph. D.

| 证券代码：000989 | 证券简称：ST九芝 | 公告编号：2025-008 |

# 九芝堂股份有限公司 2024 年年度报告摘要

## 一、重要提示

本年度报告摘要来自年度报告全文，为全面了解本公司的经营成果、财务状况及未来发展规划，投资者应当到证监会指定媒体仔细阅读年度报告全文。

除下列董事外，其他董事亲自出席了审议本次年报的董事会会议

| 未亲自出席董事姓名 | 未亲自出席董事职务 | 未亲自出席会议原因 | 被委托人姓名 |
| --- | --- | --- | --- |
| 薄金锋 | 董事 | 工作原因 | 孙连彬 |

非标准审计意见提示
□适用 ☑不适用

董事会审议的报告期利润分配预案或公积金转增股本预案
☑适用 □不适用

是否以公积金转增股本
□是 ☑否

公司经本次董事会审议通过的利润分配预案为：以公司 2024 年权益分派实施时股权登记日的总股本扣除已回购股份后的股份数为基数，向全体股东每 10 股派发现金红利 3 元（含税），送红股 0 股（含税），不以公积金转增股本。

## 二、公司基本情况

### 1、公司简介

| 股票简称 | ST 九芝 | 股票代码 | 000989 |
| --- | --- | --- | --- |
| 股票上市交易所 | 深圳证券交易所 | | |
| 联系人和联系方式 | 董事会秘书 | | 证券事务代表 |
| 姓名 | 韩辰骁 | | 黄可 |
| 办公地址 | 北京市朝阳区朝阳体育中心东侧路甲 518 号 A 座 | | 湖南省长沙市桐梓坡西路 339 号 |
| 传真 | 010-84682100 | | 0731-84499759 |
| 电话 | 010-84683155 | | 0731-84499762 |
| 电子信箱 | hancx@hnjzt.com | | dshbgs@hnjzt.com |

### 2、报告期主要业务或产品简介

九芝堂前身"劳九芝堂药铺"起源于清顺治七年，即公元 1650 年。现代的九芝堂股份有限公司于 1999 年设立并于 2000 年在深交所上市。多年来，九芝堂始终秉承"九州共济、芝兰同芳"的企业理念，以中药研发、生产和销售等业务为核心，逐步探索布局干细胞、中医医疗健康服务、药食同源系列大健康产品等创新业务。现已发展成为下辖 23 家子公司，集科研、生产、销售、健康管理于一体的现代大型医药企业。

公司拥有"九芝堂"、"友搏"两个"中国驰名商标"。2006 年 9 月，"九芝堂"被国家商务部认定为"中华老字号"，2008 年 6 月，九芝堂传统中药文化被列入国家级非物质文化遗产保护目录。

1

公司（含子公司）拥有国家药品注册批文 418 个，其中独家品种 35 个，包括 OTC 类、处方药类、大健康类系列产品，品类覆盖心脑血管、补肾、补血、妇儿、五官科等各个领域。公司（含子公司）拥有的国家药品注册批文中共有 252 个品种被列入 2024 版国家医保目录，其中甲类 155 个，乙类 97 个，独家品种 9 个；共有 134 个品种进入国家基本药物目录。

### 3、主要会计数据和财务指标

#### （1）近三年主要会计数据和财务指标

公司是否需追溯调整或重述以前年度会计数据
□是 ☑否

单位：元

|  | 2024 年末 | 2023 年末 | 本年末比上年末增减 | 2022 年末 |
|---|---|---|---|---|
| 总资产 | 5,211,440,858.19 | 5,329,798,977.51 | -2.22% | 5,283,715,051.58 |
| 归属于上市公司股东的净资产 | 3,753,212,418.98 | 3,952,272,399.59 | -5.04% | 3,983,113,386.94 |
|  | 2024 年 | 2023 年 | 本年比上年增减 | 2022 年 |
| 营业收入 | 2,371,372,833.28 | 2,961,017,652.73 | -19.91% | 3,033,265,859.73 |
| 归属于上市公司股东的净利润 | 216,202,223.83 | 297,411,075.45 | -27.31% | 357,985,434.12 |
| 归属于上市公司股东的扣除非经常性损益的净利润 | 183,235,309.31 | 271,526,245.36 | -32.52% | 116,992,779.24 |
| 经营活动产生的现金流量净额 | 198,958,495.68 | 108,638,165.69 | 83.14% | 499,132,759.89 |
| 基本每股收益（元/股） | 0.2543 | 0.3475 | -26.82% | 0.4182 |
| 稀释每股收益（元/股） | 0.2543 | 0.3475 | -26.82% | 0.4182 |
| 加权平均净资产收益率 | 5.67% | 7.55% | -1.88% | 9.07% |

#### （2）分季度主要会计数据

单位：元

|  | 第一季度 | 第二季度 | 第三季度 | 第四季度 |
|---|---|---|---|---|
| 营业收入 | 1,079,482,203.93 | 599,947,976.43 | 384,103,434.50 | 307,839,218.42 |
| 归属于上市公司股东的净利润 | 144,601,666.94 | 59,944,070.19 | 35,758,691.74 | -24,102,205.04 |
| 归属于上市公司股东的扣除非经常性损益的净利润 | 139,132,942.81 | 50,810,141.53 | 26,793,569.68 | -33,501,344.71 |
| 经营活动产生的现金流量净额 | -302,402,236.01 | 70,099,206.58 | 159,602,482.01 | 271,659,043.10 |

上述财务指标或其加总数是否与公司已披露季度报告、半年度报告相关财务指标存在重大差异
□是 ☑否

九芝堂股份有限公司 2024 年年度报告摘要

4、股本及股东情况

(1) 普通股股东和表决权恢复的优先股股东数量及前 10 名股东持股情况表

单位：股

| 报告期末普通股股东总数 | 42,697 | 年度报告披露日前一个月末普通股股东总数 | 40,003 | 报告期末表决权恢复的优先股股东总数 | 0 | 年度报告披露日前一个月末表决权恢复的优先股股东总数 | 0 |
|---|---|---|---|---|---|---|---|
| 前 10 名股东持股情况（不含通过转融通出借股份） ||||||||
| 股东名称 | 股东性质 | 持股比例 | 持股数量 | 持有有限售条件的股份数量 | 质押、标记或冻结情况 |||
||||||股份状态|数量||
| 李振国 | 境内自然人 | 25.17% | 215,398,371 | 161,548,778 | 质押 | 215,300,000 ||
| 黑龙江辰能工大创业投资有限公司 | 国有法人 | 17.79% | 152,230,587 | 0 | 不适用 | 0 ||
| 湖南益丰医药有限公司 | 境内非国有法人 | 4.99% | 42,710,000 | 0 | 不适用 | 0 ||
| 陈世辉 | 境内自然人 | 1.30% | 11,097,851 | 0 | 不适用 | 0 ||
| 周晶 | 境内自然人 | 0.79% | 6,782,101 | 0 | 不适用 | 0 ||
| 吕良丰 | 境内自然人 | 0.76% | 6,545,332 | 0 | 不适用 | 0 ||
| 梁留生 | 境内自然人 | 0.69% | 5,940,300 | 0 | 不适用 | 0 ||
| 潘京 | 境内自然人 | 0.58% | 4,977,901 | 0 | 不适用 | 0 ||
| 刘鹏俊 | 境内自然人 | 0.44% | 3,806,332 | 0 | 不适用 | 0 ||
| 兰建勋 | 境内自然人 | 0.43% | 3,700,000 | 0 | 不适用 | 0 ||
| 上述股东关联关系或一致行动的说明 | 前 10 名股东中，李振国、黑龙江辰能工大创业投资有限公司、湖南益丰医药有限公司之间不存在关联关系，不是一致行动人；未知其他股东之间是否存在关联关系或是否属于一致行动人。 |||||||
| 参与融资融券业务股东情况说明（如有） | 上述股东中，周晶通过普通证券账户持有 642,800 股，通过海通证券股份有限公司客户信用交易担保证券账户持有 6,139,301 股；吕良丰通过普通证券账户持有 1,715,173 股，通过中国中金财富证券有限公司客户信用交易担保证券账户持有 4,830,159 股；刘鹏俊通过普通证券账户持有 195,432 股，通过中国银河证券股份有限公司客户信用交易担保证券账户持有 3,610,900 股。 |||||||

持股 5%以上股东、前 10 名股东及前 10 名无限售流通股股东参与转融通业务出借股份情况

☐适用 ☑不适用

前 10 名股东及前 10 名无限售流通股股东因转融通出借/归还原因导致较上期发生变化

☐适用 ☑不适用

(2) 公司优先股股东总数及前 10 名优先股股东持股情况表

☐适用 ☑不适用

公司报告期无优先股股东持股情况。

3

九芝堂股份有限公司 2024 年年度报告摘要

（3） 以方框图形式披露公司与实际控制人之间的产权及控制关系



**5、在年度报告批准报出日存续的债券情况**

□适用 ☑不适用

## 三、重要事项

2024 年是全面贯彻落实党的二十大精神的关键之年，也是实现"十四五"规划目标任务的攻坚之年，国家出台了一系列支持政策大力推动各行业健康发展。在医药领域，国家通过密集的政策支持和引导，鼓励合规经营，强化全领域全流程管理，助推医药行业健康化、规范化、高质量发展。

2024 年，公司坚定"推动公司实现高质量发展"的总体目标不动摇，努力克服客观因素带来的不利影响，持续贯彻产销一体策略，坚持以产品为核心，维护重点品种平稳，培育潜力品种，挖潜存量，推动增量，构建多元化的品种群梯队发展格局。此外，持续推动科技创新体系的建设，加速研发进程，寻求创新发展新突破。同时，强化公司内部治理，修改、完善内部控制制度，提升内部控制合规管理水平，保证公司内部控制有效运行。

由于受医保政策、市场需求变化和市场结构调整等综合因素影响，公司部分产品销售下降，导致公司营业收入下降，加之原材料采购价格上涨等原因导致营业成本上升，公司报告期内盈利有所下降。报告期内，公司实现营业收入237,137.28 万元，比上年同期下降 19.91%；实现归属于上市公司股东的净利润 21,620.22 万元，比上年同期下降 27.31%。

法定代表人：孙光远

董事会批准报送日期：2025年3月26日

4