UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINA VIKHRIEVA and SERGEY LESHKOV,<br><br>                           Plaintiffs,<br><br>   v.<br><br>STEMEDICA CELL TECHNOLOGIES, INC., *et al.*,<br><br>                           Defendants. | Case No. 25-cv-00459-BAS-SBC<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE HEARING DATE AND SET BRIEFING SCHEDULE**<br><br>**(ECF No. 41)** |

Before the Court is Plaintiffs Nina Vikhrieva and Sergey Leshkov and Defendants David Howe, Michael K. Steinhauser, Maynard A. Howe, Nikolai I. Tankovich, Craig W. Carlson, Roger J. Howe, and Dirk P. O'Hara's (collectively, "Moving Defendants") Joint Motion seeking a continuance of the noticed hearing date for Moving Defendants' motions to dismiss the First Amended Complaint ("FAC") (ECF Nos. 37, 38, 39) and entry of a briefing schedule. (ECF No. 41.)

Having considered the parties'[1] joint request and good cause appearing, the Court hereby **GRANTS** the request.

---

[1] The Court notes that Defendants Shivinder S. Deol, Duniya Sanostem, Inc., and Sanostem Global, LLC have filed answers in response to the FAC, while Defendant Stemedica Cell Technologies, Inc. has not filed a responsive pleading to the FAC as of the date of this Order. A defendant is not required

- 1 -

Accordingly, the hearing on Moving Defendants' motions to dismiss the FAC is continued to **August 8, 2025**.  Furthermore, Plaintiffs shall file their oppositions to the motions to dismiss no later than **July 17, 2025**.  Moving Defendants shall file their replies in support of the motions to dismiss no later than **August 1, 2025**.

**IT IS SO ORDERED.**

DATED: July 2, 2025

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

---

to file a new answer to an amended complaint "when the allegations in the amended complaint do not "change the theory or scope of the case." *KST Data, Inc. v. DXC Tech. Co.*, 980 F.3d 709, 715 (9th Cir. 2020) (quoting *Stanley Works v. Snydergeneral Corp.*, 781 F. Supp. 659, 665 (E.D. Cal. 1990)). However, the Court makes no finding on this issue at the present time.