```
ELAINE LI (SBN 333529)
eli@eisnerlaw.com
EISNER, LLP
433 N. Camden Dr., 4th Floor
Beverly Hills, California 90210
Telephone: (310) 855-3200
Facsimile: (310) 855-3201

CAROLYNN BECK (SBN 264703)
cbeck@eisnerlaw.com
EISNER, LLP
40 W. 57th Street, Suite 2030
New York, NY 10019
Telephone: (516) 317-4544
```

*Attorneys for Defendants Maynard Howe, Nikolai Tankovich, Craig Carlson, Roger Howe, and Dirk O'Hara*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINA VIKHRIEVA and SERGEY LESHKOV,<br><br>Plaintiffs,<br><br>vs.<br><br>STEMEDICA CELL TECHNOLOGIES, INC.; ZIUZHITANG CO., LTD.; ZHUHAI HENGQIN JIUZHITANG YONGHE QIHANG FUND; JIUZHITANG MAKER (BEIJING) CELL TECHNOLOGY CO., LTD.; MAYNARD A. HOWE; ROGER J. HOWE; DAVID HOWE; NIKOLAI I. TANKOVICH; DIRK P. O'HARA; SIMON GUO; CRAIG W. CARLSON; MICHAEL K. STEINHAUSER; SANOSTEM GLOBAL LLC; DUNIYA SANOSTEM INC.; AND SHIVINDER S. DEOL,<br><br>Defendants. | Case No. 3:25-cv-00459-BAS-SBC<br><br>*Hon. Cynthia Bashant*<br><br>**JOINT MOTION TO CONTINUE HEARING DATE AND SET BRIEFING SCHEDULE** |

On June 13, 2025, Defendants filed three motions to dismiss the First Amended Complaint. Each motion was set for a hearing on July 18, 2025. (*See* Dkts. 37-40.)

Subsequently, the Parties requested an extension of time for Plaintiffs to file their responses to the Defendants' respective motions, and to request a continuance of the noticed hearing date. The Court granted that request and entered a briefing schedule on July 2, 2025. (Dkt. 45.)

On July 17, 2025, Plaintiffs filed their responses to the Defendants' respective motions. (*See* Dkts. 46-48.) Defendants have subsequently requested and obtained Plaintiffs' consent for a one-week extension of time for Defendants to file their respective reply briefs, making the new Reply deadline August 8, 2025. The current motion hearing date is on August 8, 2025, and thus, the parties also wish to jointly request a continuance of the motion hearing date to August 15, 2025, or thereafter.

Accordingly, the parties jointly request a continuance of the noticed hearing date and for entry of a briefing schedule as follows:

1. The noticed hearing date will be continued to August 15, 2025, or as soon thereafter as may be heard in the courtroom of the Honorable Cynthia A. Bashant, located in the James M. Carter and Judith N. Keep United States Courthouse, Courtroom 12B, 333 West Broadway, San Diego, California 92101.

2. Defendants' deadline to file their replies in support of the motions to dismiss will be August 8, 2025.

DATED: July 24, 2025

Respectfully submitted,

By: /s/ *Elaine Li*
ELAINE LI (SBN 333529)
eli@eisnerlaw.com
EISNER, LLP
433 N. Camden Dr., 4th Floor
Beverly Hills, California 90210
Telephone: (310) 855-3200
Facsimile: (310) 855-3201

CAROLYNN BECK (SBN 264703)
cbeck@eisnerlaw.com
EISNER, LLP
40 W. 57th Street, Suite 2030
New York, NY 10019
Telephone: (516) 317-4544

*Attorneys for Defendants Maynard Howe, Nikolai Tankovich, Craig Carlson, Roger Howe, and Dirk O'Hara*

By: /s/ *Theodore Dorenkamp III*
THEODORE DORENKAMP III (SBN 277004)
Theodore.DorenkampIII@bowmanandbrooke.com
BOWMAN AND BROOKE LLP
970 West 190th Street, Suite 700
Torrance, California 90502
Telephone: 310/768-3068
Facsimile: 310/719-1019

*Attorneys for Defendant Michael K. Steinhauser*

|     |     |
| --- | --- |
| 1   | By: /s/ *Jaime W. Marquart* |
| 2   | JAIME W. MARQUART (SBN 200344) |
|     | jmarquart@waymakerlaw.com |
| 3   | RYAN G. BAKER (SBN 214036) |
| 4   | rbaker@waymakerlaw.com |
|     | DONALD R. PEPPERMAN (SBN 109809) |
| 5   | dpepperman@waymakerlaw.com |
| 6   | WAYMAKER LLP |
|     | 515 S. Flower Street, Suite 3500 |
| 7   | Los Angeles, California 90071 |
| 8   | Telephone: (424) 652-7800 |
|     | Facsimile: (424) 652-7850 |

*Attorneys for Defendant David Howe*

By: /s/ *Michael S. Lazaroff*
MICHAEL S. LAZAROFF
(New York SBN 2801579)
michael.lazaroff@rimonlaw.com
RIMÔN P.C.
400 Madison Avenue, Suite 11D
New York, NY 10017
Telephone: (646) 738-4151
Facsimile: (212) 363-0270
(*Pro Hac Vice*)

DANIEL F. LULA (SBN 227295)
daniel.lula@rimonlaw.com
RIMÔN P.C.
2029 Century Park East, Suite 400N
Los Angeles, CA 90067
Telephone: (617) 963-0419
Facsimile: (213) 375-3811

ROBERT A. COCCHIA (SBN 172315)
robert.cocchia@rimonlaw.com
RIMÔN P.C.
3579 4th Avenue
San Diego, CA 92103
Telephone: (858) 348-4383
Facsimile: (213) 375-3811

*Attorneys for Plaintiffs Nina Vikhrieva and Sergey Leshkov*