| | |
|---|---|
| 1 | Michael S. Lazaroff (Admitted *Pro Hac Vice*, New York State Bar No. 2801579) |
| 2 | RIMÔN P.C.<br>400 Madison Avenue, Suite 11D<br>New York, NY 10017 |
| 3 | Tel: (646) 738-4151<br>Fax: (212) 363-0270 |
| 4 | michael.lazaroff@rimonlaw.com |
| 5 | Daniel F. Lula (California State Bar No. 227295)<br>RIMÔN P.C. |
| 6 | 2029 Century Park East, Suite 400N<br>Los Angeles, CA 90067 |
| 7 | Tel: (617) 963-0419<br>Fax: (213) 375-3811 |
| 8 | daniel.lula@rimonlaw.com |
| 9 | Robert A. Cocchia (California State Bar No. 172315)<br>RIMÔN P.C. |
| 10 | 3579 4th Avenue<br>San Diego, CA 92103 |
| 11 | Tel: (858) 348-4383<br>Fax: (213) 375-3811 |
| 12 | robert.cocchia@rimonlaw.com |

*Attorneys for Plaintiffs Nina Vikhrieva and Sergey Leshkov*

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NINA VIKHRIEVA and SERGEY LESHKOV,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>STEMEDICA CELL TECHNOLOGIES, INC.; ZIUZHITANG CO., LTD.; ZHUHAI HENGQIN JIUZHITANG YONGHE QIHANG FUND; JIUZHITANG MAKER (BEIJING) CELL TECHNOLOGY CO., LTD.; MAYNARD A. HOWE; ROGER J. HOWE; DAVID HOWE; NIKOLAI I. TANKOVICH; DIRK P. O'HARA; SIMON GUO; CRAIG W. CARLSON; MICHAEL K. STEINHAUSER; SANOSTEM GLOBAL LLC; DUNIYA SANOSTEM INC.; AND SHIVINDER S. DEOL,<br><br>　　　　　　　　Defendants. | Case No.: 3:25-cv-00459-BAS-SBC<br><br>**NOTICE OF BANKRUPTCY FILING AS TO DEFENDANT STEMEDICA CELL TECHNOLOGIES, INC.**<br><br>**Judge: Hon. Cynthia A. Bashant** |

**PLEASE TAKE NOTICE** that, on July 23, 2025, plaintiffs Nina Vikhrieva and Sergey Leshkov (together, "Plaintiffs") received via email a notice from counsel in this action to defendant Stemedica Cell Technologies, Inc. ("Stemedica"), Gupta Evans & Ayres, PC, titled "Notice of Chapter 7 Bankruptcy Case" ("Notice"), notifying Plaintiffs that Stemedica is in a Chapter 7 Bankruptcy Case pending in the United States Bankruptcy Court for the Southern District of California captioned, *In re: Stemedica Cell Technologies, Inc.,* No. 25-01855 (Bankr. S.D. Cal.) ("Stemedica Bankruptcy", which was evidently filed as an involuntary bankruptcy). The Notice states: "TO ALL INVESTORS AND SHAREHOLDERS OF STEMEDICA CELL TECHNOLOGIES, INC.: PLEASE TAKE NOTICE that on July 7, 2025, an Order for Relief was entered and Stemedica Cell Technologies, Inc. ("Stemedica") became a debtor in bankruptcy under Chapter 7 of the United States Bankruptcy Code." A true and correct copy of the Notice and transmittal email to Plaintiffs is attached as Exhibit A. The Notice also shows that the Stemedica Bankruptcy was commenced on May 5, 2012, and that Ajay Gupta, Esq. of Gupta Evans & Ayres, PC, who represents Stemedica in this action, is the "Attorney for the Debtor" in the Stemedica Bankruptcy.

**PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. § 362(a), there is an automatic stay of the "commencement or continuation" of any judicial, administrative, or other action or proceeding against Stemedica. Therefore, this action is stayed solely as to defendant Stemedica unless and until relief from the stay is granted by the bankruptcy court. *See, e.g., Boucher v. Shaw*, 572 F.3d 1087, 1092-93 (9th Cir. 2009) ("As a general rule, the automatic stay protects *only* the debtor, property of the debtor or property of the estate" and "bankruptcy has no effect on the claims against the [debtor's] individual managers.") (emphasis in the original); *In re Chugach Forest Prods., Inc.,* 23 F.3d 241, 246-47 (9th Cir. 1994) (automatic stay not extended to nondebtors).

**PLEASE TAKE FURTHER NOTICE** that a review of the docket in the

Stemedica Bankruptcy shows *inter alia* that Stemedica omitted Plaintiffs from the list of unsecured creditors in Official Form 206, Schedule E/F titled "Creditors Who Have Unsecured Claims" (filed in the Stemedica Bankruptcy on June 30, 2023), notwithstanding the fact that Stemedica and its counsel were aware of Plaintiffs' claims as they have appeared here and even filed an answer to the original complaint on May 12, 2025 (Dkt. 16). A true and correct copy of Official Form 206, Schedule E/F is attached as Exhibit B. Furthermore, defendants Maynard Howe and Nikolai Tankovich, who are listed by Stemedica as Stemedica officers and directors at the time of the bankruptcy filing in Official Form 207, Section 28, also have not informed the Court about the Stemedica Bankruptcy. A true and correct copy of Official Form 207 (and July 25, 2025 amendment) is attached as exhibit C.

Plaintiffs are providing this notice to the Court because inexplicably defendants Stemedica, Maynard Howe, and Nikolai Tankovich have not done so. Accordingly, this Notice is submitted to alert the Court and the other parties about the pendency of the Stemedica Bankruptcy, the automatic stay (which is in effect only as to Stemedica), and the other matters discussed herein.

Plaintiffs do not waive, and expressly reserve all rights, claims, remedies, and defenses, including but not limited to the right to seek relief from the stay and pursue any other available remedies.

Dated: July 28, 2025

**RIMÔN P.C.**

By: */s/ Michael S. Lazaroff*
Michael S. Lazaroff
400 Madison Avenue, Suite 11D
New York, NY 10017
Tel: (646) 738-4151
Fax: (212) 363-0270
michael.lazaroff@rimonlaw.com
(admitted *Pro Hac Vice*)

Daniel F. Lula
2029 Century Park East
Suite 400N
Los Angeles, CA 90067

- 3 -
NOTICE OF BANKRUPTCY FILING AS TO DEFENDANT STEMEDICA CELL TECHNOLOGIES, INC.
CASE NO.: 3:25-CV-000459-BAS-SBC

Tel: (617) 963-0419
Fax: (213) 375-3811
daniel.lula@rimonlaw.com

Robert Cocchia
3579 4th Avenue
San Diego, CA 92103
Tel: (858) 348-4383
Fax: (213) 375-3811
robert.cocchia@rimonlaw.com

*Attorneys for Plaintiffs*
*Nina Vikhrieva and Sergey Leshkov*