Michael S. Lazaroff (Admitted *Pro Hac Vice*, New York State Bar No. 2801579)
RIMÔN P.C.
400 Madison Avenue, Suite 11D
New York, NY 10017
Tel: (646) 738-4151
Fax: (212) 363-0270
michael.lazaroff@rimonlaw.com

Daniel F. Lula (California State Bar No. 227295)
RIMÔN P.C.
2029 Century Park East, Suite 400N
Los Angeles, CA 90067
Tel: (617) 963-0419
Fax: (213) 375-3811
daniel.lula@rimonlaw.com

Robert A. Cocchia (California State Bar No. 172315)
RIMÔN P.C.
3579 4th Avenue
San Diego, CA 92103
Tel: (858) 348-4383
Fax: (213) 375-3811
robert.cocchia@rimonlaw.com

*Attorneys for Plaintiffs Nina Vikhrieva and Sergey Leshkov*

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINA VIKHRIEVA and SERGEY LESHKOV,<br><br>Plaintiffs,<br><br>v.<br><br>STEMEDICA CELL TECHNOLOGIES, INC.; ZIUZHITANG CO., LTD.; ZHUHAI HENGQIN JIUZHITANG YONGHE QIHANG FUND; JIUZHITANG MAKER (BEIJING) CELL TECHNOLOGY CO., LTD.; MAYNARD A. HOWE; ROGER J. HOWE; DAVID HOWE; NIKOLAI I. TANKOVICH; DIRK P. O'HARA; SIMON GUO; CRAIG W. CARLSON; MICHAEL K. STEINHAUSER; SANOSTEM GLOBAL LLC; DUNIYA SANOSTEM INC.; AND SHIVINDER S. DEOL,<br><br>Defendants. | Case No.: 3:25-cv-00459-BAS-SBC<br><br>**PLAINTIFFS' NOTICE OF COMPLIANCE WITH LOCAL RULE 15.1(c)**<br><br>**Judge: Hon. Cynthia A. Bashant** |

**PLEASE TAKE NOTICE** that plaintiffs Nina Vikhrieva and Sergey Leshkov hereby file a redline comparison of the First Amended Complaint [ECF 32] and the Second Amended Complaint [ECF 62] pursuant to Local Rule 15.1(c).

Dated: April 7, 2026

**RIMÔN P.C.**

By: */s/ Michael S. Lazaroff*
    Michael S. Lazaroff
    400 Madison Avenue, Suite 11D
    New York, NY 10017
    Tel: (646) 738-4151
    Fax: (212) 363-0270
    michael.lazaroff@rimonlaw.com
    (admitted *Pro Hac Vice*)

    Daniel F. Lula
    2029 Century Park East
    Suite 400N
    Los Angeles, CA 90067
    Tel: (617) 963-0419
    Fax: (213) 375-3811
    daniel.lula@rimonlaw.com

    Robert Cocchia
    RIMON P.C.
    3579 4th Avenue
    San Diego, CA 92103
    Tel: (858) 348-4383
    Fax: (213) 375-3811
    robert.cocchia@rimonlaw.com

*Attorneys for Plaintiffs Nina Vikhrieva and Sergey Leshkov*