CAROLYNN BECK (SBN 264703)
Cbeck@eisnerlaw.com
EISNER, LLP
40 W. 57th Street, Suite 2030
New York, NY 10019
Telephone: (516) 317-4544
Facsimile: (212) 600-5020

ELAINE LI (SBN 333529)
Eli@eisnerlaw.com
EISNER, LLP
433 N. Camden Dr., 4th Floor
Beverly Hills, California 90210
Telephone: (310) 855-3200
Facsimile: (310) 855-3201

Attorneys for Defendants Maynard Howe,
Nikolai Tankovich, Craig Carlson, Roger
Howe, and Dirk O'Hara

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINA VIKHRIEVA and SERGEY LESHKOV, <br><br> Plaintiffs, <br><br> vs. <br><br> STEMEDICA CELL TECHNOLOGIES, INC.; ZIUZHITANG CO., LTD.; ZHUHAI HENGQIN JIUZHITANG YONGHE QIHANG FUND; JIUZHITANG MAKER (BEIJING) CELL TECHNOLOGY CO., LTD.; MAYNARD A. HOWE; ROGER J. HOWE; DAVID HOWE; NIKOLAI I. TANKOVICH; DIRK P. O'HARA; SIMON GUO; CRAIG W. CARLSON; MICHAEL K. STEINHAUSER; SANOSTEM GLOBAL LLC; DUNIYA SANOSTEM INC.; AND SHIVINDER S. DEOL, <br><br> Defendants. | Case No. 3:25-cv-00459-BAS-SB <br><br> *Hon. Cynthia Bashant* <br><br> **JOINT MOTION BY PLAINTIFFS AND DEFENDANTS MAYNARD HOWE, NIKOLAI TANKOVICH, CRAIG CARLSON, ROGER HOWE, AND DIRK O'HARA TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT** |

EISNER, LLP

JOINT MOTION BY PLAINTIFFS AND DEFENDANTS MAYNARD HOWE, NIKOLAI TANKOVICH, CRAIG CARLSON, ROGER HOWE, AND DIRK O'HARA TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT

Defendants Maynard Howe, Nikolai Tankovich, Craig Carlson, Roger Howe, and Dirk O'Hara (the "CardioCell Defendants") on the one hand, and Plaintiffs Nina Vikhrieva and Sergey Leshkov ("Plaintiffs") on the other hand (collectively, the "Parties"), by and through their respective attorneys, jointly move for an order extending the CardioCell Defendants' time to file a responsive pleading to Plaintiffs' Second Amended Complaint until June 10, 2026.

Good cause exists for this joint motion to be granted. Plaintiffs filed a Second Amended Complaint on April 7, 2026, and the CardioCell Defendants' current deadline to respond is April 21, 2026. The Second Amended Complaint spans more than a decade and involves complex corporate transactions and multiple parties, requiring coordination among several defendants to prepare a meaningful response. An extension will not prejudice any party or disrupt the proceedings, as the case remains in the early pleading stages. There are no case deadlines scheduled by the Court that would be impacted by the requested extension.

The Parties have therefore agreed to extend the CardioCell Defendants' deadline to respond to the Second Amended Complaint to June 10, 2026.

**WHEREFORE**, Plaintiffs and the CardioCell Defendants hereby request that the Court grant this joint motion and sign and enter the accompanying proposed order.

[SIGNATURES ON FOLLOWING PAGES]

JOINT MOTION BY PLAINTIFFS AND DEFENDANTS MAYNARD HOWE, NIKOLAI TANKOVICH, CRAIG CARLSON, ROGER HOWE, AND DIRK O'HARA TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT

EISNER, LLP

DATED:  April 21, 2026          EISNER, LLP


By:   /s/ *Carolynn Beck*
CAROLYNN BECK (SBN 264703)
Cbeck@eisnerlaw.com
EISNER, LLP
40 W. 57th Street, Suite 2030
New York, NY 10019
Telephone: (516) 317-4544
Facsimile: (212) 600-5020

ELAINE LI (SBN 333529)
Eli@eisnerlaw.com
EISNER, LLP
433 N. Camden Dr., 4th Floor
Beverly Hills, California 90210
Telephone: (310) 855-3200
Facsimile: (310) 855-3201

*Attorneys for Defendants Maynard Howe, Nikolai Tankovich, Craig Carlson, Roger Howe, and Dirk O'Hara*

JOINT MOTION BY PLAINTIFFS AND DEFENDANTS MAYNARD HOWE, NIKOLAI TANKOVICH, CRAIG CARLSON, ROGER HOWE, AND DIRK O'HARA TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT

EISNER, LLP

DATED:  April 21, 2026   RIMON PC


By: /s/ *Michael S. Lazaroff*
   MICHAEL S. LAZAROFF
   (New York SBN 2801579)
   michael.lazaroff@rimonlaw.com
   RIMÔN P.C.
   400 Madison Avenue, Suite 11D
   New York, NY 10017
   Telephone: (646) 738-4151
   Facsimile: (212) 363-0270
   (*Pro Hac Vice*)

   DANIEL F. LULA (SBN 227295)
   daniel.lula@rimonlaw.com
   RIMÔN P.C.
   2029 Century Park East, Suite 400N
   Los Angeles, CA 90067
   Telephone: (617) 963-0419
   Facsimile: (213) 375-3811

   ROBERT A. COCCHIA (SBN 172315)
   robert.cocchia@rimonlaw.com
   RIMÔN P.C.
   3579 4th Avenue
   San Diego, CA 92103
   Telephone: (858) 348-4383
   Facsimile: (213) 375-3811

   *Attorneys for Plaintiffs Nina Vikhrieva and Sergey Leshkov*

3078323

EISNER, LLP

JOINT MOTION BY PLAINTIFFS AND DEFENDANTS MAYNARD HOWE, NIKOLAI TANKOVICH, CRAIG CARLSON, ROGER HOWE, AND DIRK O'HARA TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed, and on whose behalf this filing is submitted, concur in its contents and have authorized this filing.

DATED:  April 21, 2026        EISNER, LLP


By:   /s/ *Carolynn Beck*
     CAROLYNN BECK
     ELAINE LI
     *Attorneys for Defendants Maynard Howe, Nikolai Tankovich, Craig Carlson, Roger Howe, and Dirk O'Hara*

EISNER, LLP