# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINA VIKHRIEVA and SERGEY LESHKOV,<br><br>Plaintiff,<br><br>v.<br><br>STEMEDICA CELL TECHNOLOGIES, INC., *et. al*,<br><br>Defendants. | Case No. 25-cv-00459-BAS-SBC<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT (ECF No. 67)** |

Before the Court is Parties' Joint Motion to Extend Defendants' Maynard Howe, Nikolai Tankovich, Craig Carlson, Roger Howe, and Dirk O'Hara (collectively, the "CardioCell Defendants") time to respond to Plaintiffs' Nina Vikhrieva and Sergey Leshkov Second Amended Complaint. (ECF No. 67.) Finding good cause, the Court **GRANTS** Parties' motion. (*Id*.) CardioCell Defendants must hereby respond to Plaintiffs' Second Amended Complaint by **June 10, 2026**.

**IT IS SO ORDERED.**

**DATED: April 21, 2026**

_____
**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

- 1 -

25cv459