# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCY

| | |
|---|---|
| CASE NUMBER:   3:25-cv-00459-BAS-SBC | |
| TITLE:   Vikhrieva et al v. Stemedica Cell Technologies, Inc. et al | |
| FILED DATE:   4/22/2026 | DOCUMENT NO.:   70 |
| DOCUMENT TITLE:   NOTICE of Unavailability of Prior Counsel Reshma Kamath and Motion for Order: (1) Confirming Withdrawal of Counsel of Record; (2) Confirming Pro Se Status of Defendant Delol; and (3) Extending Time to Respond to Second Amended Complaint by Shivinder S. Deol. | |
| DOCUMENT FILED BY:   Shivinder S. Deol | |

Upon the electronic filing of the above referenced document(s), the following discrepancies are noted:

ECF § 2(g) - Multiple pleadings in one docket entry not separated out as attachments;

**IT IS HEREBY ORDERED:**

| | |
|---|---|
| ☒ | The document will remain as filed despite the discrepancy noted above.  Any further non-compliant documents may be stricken from the record. |
| ☐ | The Clerk is directed to MODIFY the docket text of the filed document to the following: <br><br> [          ] |
| ☐ | The document is REJECTED.  It is ordered that the Clerk **STRIKE** the document from the record, and serve a copy of this order on all parties. |
| ☐ | Rejected documents will be returned to pro se filer. |

Any further failure to comply with the Local Rules or Electronic Case Filing Administrative Policies and Procedures Manual may lead to penalties pursuant to Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date:   April 22, 2026

CHAMBERS OF:   The Honorable Chief District Judge Cynthia Bashant

cc: All Parties

By:   *Cynthia Bashant*