Michael S. Lazaroff (Admitted *Pro Hac Vice*, New York State Bar No. 2801579)
RIMÔN P.C.
400 Madison Avenue, Suite 11D
New York, NY 10017
Tel: (646) 738-4151
Fax: (212) 363-0270
michael.lazaroff@rimonlaw.com

Daniel F. Lula (California State Bar No. 227295)
RIMÔN P.C.
2029 Century Park East, Suite 400N
Los Angeles, CA 90067
Tel: (617) 963-0419
Fax: (213) 375-3811
daniel.lula@rimonlaw.com

Robert A. Cocchia (California State Bar No. 172315)
RIMÔN P.C.
3579 4th Avenue
San Diego, CA 92103
Tel: (858) 348-4383
Fax: (213) 375-3811
robert.cocchia@rimonlaw.com

*Attorneys for Plaintiffs Nina Vikhrieva and Sergey Leshkov*

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINA VIKHRIEVA and SERGEY LESHKOV,<br><br>Plaintiffs,<br><br>v.<br><br>STEMEDICA CELL TECHNOLOGIES, INC.; ZIUZHITANG CO., LTD.; ZHUHAI HENGQIN JIUZHITANG YONGHE QIHANG FUND; JIUZHITANG MAKER (BEIJING) CELL TECHNOLOGY CO., LTD.; MAYNARD A. HOWE; ROGER J. HOWE; DAVID HOWE; NIKOLAI I. TANKOVICH; DIRK P. O'HARA; SIMON GUO; CRAIG W. CARLSON; MICHAEL K. STEINHAUSER; SANOSTEM GLOBAL LLC; DUNIYA SANOSTEM INC.; AND SHIVINDER S. DEOL,<br><br>Defendants. | Case No.: 3:25-cv-00459-BAS-SBC<br><br>**PLAINTIFFS' RESPONSE TO MOTION BY DEFENDANT SHIVINDER DEOL FOR AN EXTENSION OF TIME TO RESPOND TO THE SECOND AMENDED COMPLAINT**<br><br>**Judge: Hon. Cynthia A. Bashant** |

Plaintiffs Nina Vikhrieva and Sergey Leshkov (together, "Plaintiffs") respectfully submit this response to the motion of Defendant Shivinder S. Deol ("Deol") titled a "Notice Of Unavailability Of Prior Counsel Reshma Kamath And Motion For Order: (1) Confirming Withdrawal Of Counsel Of Record; (2) Confirming Pro Se Status Of Defendant Deol; And (3) Extending Time to Respond to Second Amended Complaint" (ECF 70) (the "Motion") dated April 20, 2026 placed on the docket on April 22, and ordered as accepted by the Court despite having "[m]ultiple pleadings in one docket entry not separated out as attachments" (ECF 72). Plaintiffs do not believe there is any need for Plaintiffs to respond to the first and second enumerated points in the title of the Motion. Plaintiffs are submitting this response solely to inform the Court that, subject to the discretion of the Court, Plaintiffs agree to the requested extension of time in the Motion but only until June 10, 2026, which extension would be consistent with that granted to other defendants for any response to the Second Amended Complaint (the "SAC") (ECF 69).

On February 27, 2025, Plaintiffs filed the original complaint (ECF 1). Deol did not file any response to the original complaint (neither did Defendant Sanostem Global LLC ("Sanostem Global") also discussed in the Motion). On May 30, 2025, Plaintiffs filed the First Amended Complaint (the "FAC") (ECF 32). On May 31, 2025, Deol and Sanostem Global filed an Answer to the FAC (ECF 33). Other defendants filed motions to dismiss the FAC in a timely fashion on June 13, 2025

- 1 -

(ECF 37-39), which motions were subsequently fully briefed.  On August 29, 2025 Deol and Sanostem Global filed a motion to dismiss the FAC (ECF 55).  On March 10, 2026, the Court denied the motion to dismiss of Deol and Sanostem Global (ECF 61).

On March 26, the Court issued an order granting and denying in part and/or in whole other motions to dismiss by other defendants, while permitting Plaintiffs to file a Second Amended Complaint for some of the dismissed claims by April 9, 2026 (ECF 62).  Accordingly, Plaintiffs filed the Second Amended Complaint on April 7, 2026 (ECF 64), which did not add any new claims or allegations against either Deol or Sanostem Global (ECF 64-2).

On April 20, 2026, Deol, now proceeding *pro se,* sent the Motion and related documents to the Court for filing.  In the Motion, Deol seeks an order, *inter alia,* "[e]xtending the deadline for Defendants Shivinder S. Deol and SanoStem Global LLC to respond to the Second Amended Complaint . . . to June 12, 2026" (ECF 70, last page).  Deol argues that one of the reasons for the extension is to provide time to locate and retain new counsel (*id.,* third page).  After sending the Motion and related documents to the Court, Deol contacted Plaintiffs' counsel to discuss the Motion.  During that discussion, Plaintiffs' informed Deol that it agreed to his request in the Motion for an extension of the time for any response to the SAC but only until and including June 10, 2026.  Since Deol had already filed the Motion, Deol is now proceeding *pro se,* and Sanostem Global is unrepresented, Plaintiffs

- 2 -

are submitting this response to the Motion to inform the Court of Plaintiffs' position on the extension of time requested in the Motion.

Dated: April 28, 2026

**RIMÔN P.C.**

By: */s/ Michael S. Lazaroff*
Michael S. Lazaroff
400 Madison Avenue, Suite 11D
New York, NY 10017
Tel: (646) 738-4151
Fax: (212) 363-0270
michael.lazaroff@rimonlaw.com
(admitted *Pro Hac Vice*)

Daniel F. Lula
2029 Century Park East
Suite 400N
Los Angeles, CA 90067
Tel: (617) 963-0419
Fax: (213) 375-3811
daniel.lula@rimonlaw.com

Robert Cocchia
3579 4th Avenue
San Diego, CA 92103
Tel: (858) 348-4383
Fax: (213) 375-3811
robert.cocchia@rimonlaw.com

*Attorneys for Plaintiffs*
*Nina Vikhrieva and Sergey Leshkov*

- 3 -