# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINA VIKHRIEVA and SERGEY LESHKOV, | Case No. 25-cv-00459-BAS-SBC |
| Plaintiffs, | **ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO ELECTRONICALLY FILE** |
| v. | **(ECF No. 71)** |
| STEMEDICA CELL TECHNOLOGIES, INC., *et. al*, | |
| Defendants. | |

Before the Court is Defendant Shivinder S. Deol's ex parte motion for permission to use the CM/ECF filing system in accordance with ECF Administrative Policies and Procedures (ECF No. 71). Defendant Deol has sufficiently stated he has access to the necessary equipment and software capabilities to electronically file documents. (*Id.*).

The Court therefore **GRANTS** Defendant Deol's motion for leave to electronically file (ECF No. 71). *Cf In re Cisse*, No. 20-cv-1694-BAS-WVG, 2020 WL 6561426, at *1 (S.D. Cal. Nov. 9, 2020). Defendant must register as a user with the Clerk's Office and as a subscriber to PACER **within seven days of this Order** on **May 6, 2026**.

**IT IS SO ORDERED.**

**DATED: April 29, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

- 1 -

25cv459