KING & WOOD LLP

Ellis Herington (State Bar # 343085)
ellis.herington@us.kingandwood.com
2500 Sand Hill Road, Suite 111
Menlo Park, CA 94025
Telephone: +1 650 5095231
Facsimile: +1 650 858 1226

Attorneys for Defendant Ziuzhitang Co., Ltd., Zhuhai Hengqin Jiuzhitang
Yonghe Qihang Fund, and Jiuzhitang Maker (Beijing) Cell Technology Co., Ltd.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINA VIKHRIEVA AND SERGEY LESHKOV, <br><br> Plaintiff, <br><br> v. <br><br> STEMEDICA CELL TECHNOLOGIES, INC.; ZIUZHITANG CO., LTD.; ZHUHAI HENGQIN JIUZHITANG YONGHE QIHANG FUND: JIUZHITANG MAKER (BEIJING) CELL TECHNOLOGY CO., LTD.; MAYNARD A. HOWE; ROGER J. HOWE; DAVID HOWE; NIKOLAI I. TANKOVICH; DIRK P. O'HARA; SIMIN GUO; CRAIG W. CARLSON; MICHAEL K. STEINHAUSER; SANOSTEM GLOBAL LLC; DUNIYA SANOSTEM INC.; AND SHIVINDER S. DEOL, <br><br> Defendants. | Case No. 3:25-cv-00459-BAS-SBC <br><br> **NOTICE OF APPEARANCE** |

1

**NOTICE OF APPEARANCE**

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Ellis Herington of King and Wood LLP hereby enters her appearance as counsel of record on behalf of Defendants Ziuzhitang Co., Ltd., Zhuhai Hengqin Jiuzhitang Yonghe Qihang Fund and Jiuzhitang Maker (Beijing) Cell Technology Co., Ltd.. All further notice and copies of pleadings, papers and other material relevant to this action should be directed to and served upon:

Ellis Herington (State Bar # 343085)
ellis.herington@us.kingandwood.com
2500 Sand Hill Road, Suite 111
Menlo Park, CA 94025
Telephone: +1 650 5095231
Facsimile: +1 650 858 1226

Dated: April 29, 2026

Respectfully submitted,
King & Wood LLP

By: /s/ *Ellis Herington*
Ellis Herington (State Bar # 343085)
ellis.herington@us.kingandwood.com
2500 Sand Hill Road, Suite 111
Menlo Park, CA 94025
Telephone: +1 650 5095231
Facsimile: +1 650 858 1226

*Attorney for Defendants Ziuzhitang Co., Ltd., Zhuhai Hengqin Jiuzhitang Yonghe Qihang Fund, and Jiuzhitang Maker (Beijing) Cell Technology Co., Ltd.*

**NOTICE OF APPEARANCE**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2026, I filed the foregoing document entitled NOTICE OF APPEARANCE with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

/s/  Ellis Herington
Ellis Herington (State Bar # 343085)

3
**NOTICE OF APPEARANCE**