Michael S. Lazaroff (Admitted *Pro Hac Vice*, New York State Bar No. 2801579)
RIMÔN P.C.
400 Madison Avenue, Suite 11D
New York, NY 10017
Tel: (646) 738-4151
Fax: (212) 363-0270
michael.lazaroff@rimonlaw.com

Daniel F. Lula (California State Bar No. 227295)
RIMÔN P.C.
2029 Century Park East, Suite 400N
Los Angeles, CA 90067
Tel: (617) 963-0419
Fax: (213) 375-3811
daniel.lula@rimonlaw.com

Robert A. Cocchia (California State Bar No. 172315)
RIMÔN P.C.
3579 4th Avenue
San Diego, CA 92103
Tel: (858) 348-4383
Fax: (213) 375-3811
robert.cocchia@rimonlaw.com

*Attorneys for Plaintiffs Nina Vikhrieva and Sergey Leshkov*

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

NINA VIKHRIEVA and SERGEY LESHKOV,

Plaintiffs,

v.

STEMEDICA CELL TECHNOLOGIES, INC.; ZIUZHITANG CO., LTD.; ZHUHAI HENGQIN JIUZHITANG YONGHE QIHANG FUND; JIUZHITANG MAKER (BEIJING) CELL TECHNOLOGY CO., LTD.; MAYNARD A. HOWE; ROGER J. HOWE; DAVID HOWE; NIKOLAI I. TANKOVICH; DIRK P. O'HARA; SIMON GUO; CRAIG W. CARLSON; MICHAEL K. STEINHAUSER; SANOSTEM GLOBAL LLC; DUNIYA SANOSTEM INC.; AND SHIVINDER S. DEOL,

Defendants.

Case No.: 3:25-cv-00459-BAS-SBC

**JOINT MOTION BY PLAINTIFFS AND DEFENDANTS ZIUZHITANG CO., LTD., ZHUHAI HENGQIN JIUZHITANG YONGHE QIHANG FUND, AND JIUZHITANG MAKER (BEIJING) CELL TECHNOLOGY CO., LTD TO EXTEND TIME TO RESPOND TO THE SECOND AMENDED COMPLAINT**

**Judge: Hon. Cynthia A. Bashant**

JOINT MOTION BY PLAINTIFFS AND DEFENDANTS ZIUZHITANG CO., LTD., ZHUHAI HENGQIN JIUZHITANG YONGHE QIHANG FUND, AND JIUZHITANG MAKER (BEIJING) CELL TECHNOLOGY CO., LTD TO EXTEND TIME TO RESPOND TO THE SECOND AMENDED COMPLAINT

Case No.3:25-CV-000459-BAS-SBC

**PLEASE TAKE NOTICE** that, pursuant to S.D. Cal. Local Rules 7.2 and 12.1, and Section 2(f)(4) of the ECF Manual, Plaintiffs Nina Vikhrieva and Sergey Leshkov ("Plaintiffs"), on the one hand, and Defendants Ziuzhitang Co., Ltd. ("JZT Parent"),  Zhuhai Hengqin Jiuzhitang Yonghe Qihang Fund ("JZT Fund"), and Jiuzhitang Maker (Beijing) Cell Technology Co., Ltd. ("JZT Maker," together with JZT Parent and JZT Fund, "JZT Defendants"), on the other hand, by and through their respective counsel, jointly move for an order extending JZT Defendants' time to file a responsive pleading to Plaintiffs' Second Amended Complaint ("SAC,"ECF No. 64) until June 10, 2026.

Good cause exists to granted this Joint Motion.  Plaintiffs filed the SAC in this action on April 7, 2026.  Counsel for JZT Defendants has requested an extension of time for all JZT Defendants to respond to the SAC in exchange for accepting service of the SAC.  Plaintiffs are amenable to the request, provided that the JZT Defendants waive any objections based on insufficiency of service of the SAC and will not assert any defense, objection, or claim based on insufficiency of service.  The JZT Defendants have accepted that condition, and the parties have reached the stipulation set forth below.

1.     All the JZT Defendants shall be deemed to have been personally served with the SAC as of the date of the Court's order granting this Joint Motion. All the JZT Defendants waive and will not assert any defense, objection, or claim

- 1 -

based on insufficiency of service.

2. The JZT Defendants shall have up to and including June 10, 2026, to file a responsive pleading to the SAC.

3. Nothing in this stipulation constitutes a waiver of any jurisdictional defense other than one based on insufficiency of service. The JZT Defendants expressly reserve all other defenses, including but not limited to lack of personal jurisdiction and lack of subject matter jurisdiction.

This is the first request by JZT Defendants for an extension, and there are no dates scheduled by Court that would be impacted by the requested extension.

**WHEREFORE**, Plaintiffs and JZT Defendants hereby request that the Court grant this joint motion and sign and enter the accompanying proposed order.

Dated: April 29, 2026

RIMÔN P.C.

By: /s/ Michael S. Lazaroff
Michael S. Lazaroff
400 Madison Avenue, Suite 11D
New York, NY 10017
Tel: (646) 738-4151
Fax: (212) 363-0270
michael.lazaroff@rimonlaw.com
(admitted Pro Hac Vice)

Daniel F. Lula
2029 Century Park East
Suite 400N
Los Angeles, CA 90067
Tel: (617) 963-0419
Fax: (213) 375-3811
daniel.lula@rimonlaw.com

Robert Cocchia

- 2 -

3579 4th Avenue
San Diego, CA 92103
Tel: (858) 348-4383
Fax: (213) 375-3811
robert.cocchia@rimonlaw.com

*Attorneys for Plaintiffs*
*Nina Vikhrieva and Sergey Leshkov*


By: /s/ Ellis Herington
Ellis Herington (SBN 343085)
King & Wood LLP
2500 Sand Hill Road, Suite 111
Menlo Park, CA 94025
Telephone: (650) 509 5231
Facsimile: (650) 858 1226
ellis.herington@us.kingandwood.com

Vincent Filardo, Jr. (New York SBN 2938348)
vincent.filardo@us.kingandwood.com
King & Wood LLP
600 5th Ave 27th Floor
New York, NY 10020
Telephone: (347) 926 7570
Facsimile: (917) 591 8167
(*Pro Hac Vice Forthcoming*)

Yi He (New York SBN 5767819)
yi.he@us.kingandwood.com
King & Wood LLP
600 5th Ave 27th Floor
New York, NY 10020
Telephone: (347) 926 7570
Facsimile: (917) 591 8167
(*Pro Hac Vice Forthcoming*)

*Attorneys for Defendants Ziuzhitang Co., Ltd. ("JZT Parent"), Zhuhai Hengqin Jiuzhitang Yonghe Qihang Fund ("JZT Fund"), and Jiuzhitang Maker (Beijing) Cell Technology Co., Ltd.*

- 3 -

JOINT MOTION BY PLAINTIFFS AND DEFENDANTS ZIUZHITANG CO., LTD., ZHUHAI HENGQIN JIUZHITANG YONGHE QIHANG FUND, AND JIUZHITANG MAKER (BEIJING) CELL TECHNOLOGY CO., LTD TO EXTEND TIME TO RESPOND TO THE SECOND AMENDED COMPLAINT

Case No.3:25-CV-000459-BAS-SBC