# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINA VIKHRIEVA and SERGEY LESHKOV,<br><br>                              Plaintiffs,<br><br>    v.<br><br>STEMEDICA CELL TECHNOLOGIES, INC, *et. al,*<br><br>                              Defendants. | Case No. 25-cv-00459-BAS-SBC<br><br>**ORDER:**<br>  **(1) GRANTING IN PART MOTION TO WITHDRAW COUNSEL AND EXTEND DEFENDANT DEOL'S TIME TO RESPOND TO THE SECOND AMENDED COMPLAINT (ECF No. 70); AND**<br>  **(2) GRANTING IN PART MOTION TO WITHDRAW COUNSEL AND EXTEND DEFENDANT DUNIYA SANOSTEM INC.'S TIME TO RESPOND TO THE SECOND AMENDED COMPLAINT (ECF No. 73)** |

Before the Court are motions to confirm withdrawal of counsel and extend time to respond to Plaintiff's Second Amended Complaint (ECF No. 64) submitted by Defendants Shivinder S. Deol ("Deol") (ECF No. 70) and Duniya SanoStem, Inc. ("DSI") (ECF No.

- 1 -

25cv459

73).  Good cause appearing, the Court **APPROVES WITHDRAWAL** of Reshma Kamath as Deol's and DSI's counsel.  (ECF Nos. 70, 73.)

DSI must find new counsel by **May 25, 2026**.  DSI is cautioned that, as a corporation, it is not able to represent itself.  DSI is a corporation, and thus, cannot appear pro se.  *See Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 202 (1993); *see also* CivLR 83.3(j).  Therefore, the Court cautions DSI that if it does not retain counsel, it **will be placed in default**.

Plaintiffs Nina Vikhrieva and Sergey Leshkov oppose the extensions of time to respond to Plaintiffs' Second Amended Complaint (ECF No. 64) June 12, 2026—but apparently agree to an extension to June 10, 2026 for all Defendants.  (ECF No. 74.) Accordingly, the Court **GRANTS IN PART** both Deol's and DSI's motions to extend time to respond to Plaintiff's Second Amended Complaint.  (ECF Nos. 70, 73.)  Deol and DSI must respond to the Second Amended Complaint (ECF No. 64) no later than **June 10, 2026**.

**IT IS SO ORDERED.**

**DATED: May 4, 2026**

_____
**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

25cv459