**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NINA VIKHRIEVA and SERGEY LESHKOV,<br>Plaintiffs,<br>v.<br>STEMEDICA CELL TECHNOLOGIES, INC.; ZIUZHITANG CO., LTD.; ZHUHAI HENGQIN JIUZHITANG YONGHE QIHANG FUND; JIUZHITANG MAKER (BEIJING) CELL TECHNOLOGY CO., LTD.; MAYNARD A. HOWE; ROGER J. HOWE; DAVID HOWE; NIKOLAI I. TANKOVICH; DIRK P. O'HARA; SIMON GUO; CRAIG W. CARLSON; MICHAEL K. STEINHAUSER; SANOSTEM GLOBAL, LLC; DUNIYA SANOSTEM, INC.; SHIVINDER S. DEOL,<br>Defendants. | Case No. 25-cv-00459-BAS-SBC<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SURREPLY (ECF No. 112)** |

Before the Court is Defendant Shivinder S. Deol's motion for leave to file a response to Plaintiffs Nina Vikhrieva's and Sergey Leshkov's surreply. (ECF No. 112.)

A decision to grant or deny leave to file a surreply is generally committed to the "sound discretion" of the court. *See Brady v. Grendene USA, Inc.*, No. 3:12-cv-0604-GPC-KSC, 2015 WL 6828400, at *3 (S.D. Cal. Nov. 6, 2015); *United States v. Venture One Mortg. Corp.*, No: 13-CV-1872 W (JLB), 2015 WL 12532139, at *2 (S.D. Cal. Feb. 26, 2015). Such discretion "should be exercised in favor of allowing a surreply only where a valid reason for such additional briefing exists, such as where the movant raises new arguments in its reply brief." *Hill v. England*, No. CVF05869RECTAG, 2005 WL 3031136, at *1 (E.D. Cal. Nov. 8, 2005). A court may also permit a surreply "in the interest of fairness" even where the "reply brief [is] largely responsive to issues raised by [the opposing part] in its opposition" brief. *Sherman v. Yahoo! Inc.*, No. 13CV0041-GPC-WVG, 2015 WL 5604400, at *3 (S.D. Cal. Sept. 23, 2015) (permitting defendant to file surreply despite plaintiff's characterizations that arguments in the reply were not new).

Here, Defendant Deol seeks to file a surreply to respond to new arguments raised in Plaintiffs' surreply ("Motion"). (ECF No. 112.) Having considered the Motion, the Court **GRANTS** Defendant Deol's ex parte request to file a surreply. (*Id.*) Defendant Deol may file a surreply of not more than **five pages** no later than **August 24, 2026**. Defendant is advised not to use this surreply to retread arguments already addressed in its briefing. The Court will disregard any such arguments.

**IT IS SO ORDERED.**

**DATED: August 17, 2026**

*Cynthia Bashant*

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**